

## 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

In re Kinder Morgan SACROC, LP;      * Original Mandamus Proceeding
Kinder Morgan CO2 Co., LP;
Kinder Morgan Production Co., L.P.;
and Kinder Morgan Production Co., LLC,

No. 11-21-00234-CV                   * December 17, 2021

                                     * Per Curiam Memorandum Opinion
                                       (Panel consists of: Bailey, C.J.,
                                       Trotter, J., and Williams, J.

This court has considered the petition for writ of mandamus filed by Kinder Morgan SACROC, LP; Kinder Morgan CO2 Co., LP; Kinder Morgan Production Co., L.P.; and Kinder Morgan Production Co., LLC and concludes that the petition for writ of mandamus should be denied. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is denied.